648

The People of the State of Illinois, defendant in error, v. Dominick Brancato, plaintiff in error. Gen. No. 34,872.

Opinion filed June 26, 1931.

Frank A. McDonnell, for plaintiff in error; S. B. McDonnell, of counsel. John A. Swanson, State's Attorney, for defendant in error; Otho S. Fasig, Henry T. Chace, Jr., and Edward E. Wilson, Assistant State's Attorneys, of counsel.

Mr. Justice Scanlan delivered the opinion of the court.

Andy Botyanzski and Sophia Botyanzski, appellees, v. Sovereign Camp Woodmen of the World, appellant. Gen. No. 34,935.

Opinion filed June 26, 1931.

William E. Mooney, for appellant. O. M. Wilkerson, for appellees.

Mr. Justice Scanlan delivered the opinion of the court.

Frank S. Cummings, appellee, v. John H. Kinner et al., appellees. Traders Investment Company, appellant. Gen. No. 34,955.

Opinion filed June 26, 1931.

Joseph F. Grossman, for appellant. Hart, Frank & Shomberg, for appellee.

Mr. Justice Scanlan delivered the opinion of the court.

Allen Kline Buckley et al., as executors of the estate of Matilda E. Kline, deceased, appellants, v. Emma A. Auer and Jacob Auer, appellees. Gen. No. 34,974.

Opinion filed June 26, 1931.

William T. Pridmore, for appellants; Leo J. Hassenauer, of counsel. J. Kentner Elliott, for appellees.

Mr. Justice Scanlan delivered the opinion of the court.

Ralph H. Rollins, appellee, v. Frank Kroncke, appellant. Gen. No. 34,986.

Opinion filed June 26, 1931.

Frank C. Hill, for appellant. Melville & Myers, for appellee.

Mr. Justice Scanlan delivered the opinion of the court.


Joseph O. Grant, as executor of the estate of Andrew Leonard Johnson, deceased, appellant, v. B. W. Rosenstone, appellee. Gen. No. 34,993.

Opinion filed June 26, 1931. Rehearing denied July 7, 1931.

Robert H. Holmes, for appellant. Arthur Abraham, for appellee.

Mr. Justice Scanlan delivered the opinion of the court.


Joseph Blumfield and Sophie Blumfield, appellees, v. Samuel Goldman et al., appellants. Gen. No. 35,193.

Opinion filed June 26, 1931.

M. M. Gross and H. J. Rosenberg, for appellants; Abraham Miller and Irving S. Berman, of counsel. Edward N. Sherburne and Burke, Immenhausen & Crane, for appellees.

Mr. Justice Scanlan delivered the opinion of the court.


Robert Branch et al., appellees, v. Isaac A. Thomas et al., appellants. Gen. No. 35,218.

Opinion filed June 26, 1931. Rehearing denied July 7, 1931.

Weightstill Woods, for appellants. Wendell E. Green, for appellees.

Mr. Justice Scanlan delivered the opinion of the court.


Goldie H. Hoffman Brownell, appellee, v. Norman L. Randall et al., defendants, on appeal of Norman L. Randall et al., appellants. Gen. No. 35,317.

Opinion filed July 3, 1931. Rehearing denied July 14, 1931.

Frederick W. Janson, for certain appellant. William Schiepan, for certain other appellants. Frisch & Frisch, for appellee; Theodore J. Ticktin, of counsel.

Mr. Justice Matchett delivered the opinion of the court.